# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50011 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Leach v. SBM Maintenance | | |

**DOCKET ENTRY TEXT:**

Plaintiff to personally appear on pending application to proceed in forma pauperis at 9:00 a.m. on February 1, 2008. Failure to appear may result in denial of the application and dismissal of the case.

*[signature: Frederick J. Kapala]*

Notices mail by judge's staff..

| | Courtroom Deputy | sw |
|---|---|---|