FILED

JAN 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C# 08C50011

To whom it may concern here are some key evidence to state my case showing statements are false and showing my character.

James Leach
1-31-08

Auburn High School
5110 Auburn Street
Rockford, Illinois
61101

To Whom It May Concern:                                              12/3/07

This letter is being written in regards to James Leach and his performance at Auburn High School. I have had the pleasure of working with James for the past two school years. Last year James was our lead porter. He did an excellent job fulfilling his duties. He communicated well at all times. He continues to keep administration informed of building issues. He was always prompt to call in building work requests. James was never reprimanded by administration or by GCA during the 06-07 school years. He was always willing to work overtime.

James continues to be an excellent employee. He works part time in the school currently. He reports promptly for work and always calls if there is an issue. He has been quick to respond to any building requests. James works well with Les the lead GCA porter. He has been an asset as he knows the students in the building and has been able to help with issue in the cafeteria. He is highly respected to our staff and students.

I can highly commend James on his work ethic and the ownership he takes to this job. He is professional at all times. He follows all building level policy and procedure. He maintains accurate records and follows all directives given by Les Koefield.

Sincerely,

Kathleen S. Statler
Assistant Principal
Auburn High School

Dr. [signature]
Auburn H.S. Principal

January 14, 2007

To Whom It May Concern:

Re: James Leach

This letter is to inform you about what kind of custodian James Leach was under my supervision as an administrator. As a former Assistant Principal at Auburn High School in the Rockford School District, one of my duties was to closely supervise the custodial staff where Mr. Leach was the lead man during the day shift. All I can say is that Mr. Leach was always reliable, dependable and a hard worker. Anytime the school building administration was in need of his assistance, he was always ready and willing to help on whatever was needed. Mr. Leach was also a very likable and personable individual. He built many close professional relationships at Auburn High school.

I would strongly recommend Mr. Leach for any job he is qualified to apply for.

Should you have questions regarding this letter, please feel free to call me at your convenience at (815) 540 3604.

Sincerely,

Mr. Jaime Cadengo

# LETTER OF RECOMMENDATION
## For
## James Leach
### Winter, 2008

Mr. James Leach was the Building Engineer/Day Mechanic at Auburn High School for two years. I am the Theatre/Media instructor and Student Council Advisor at the school and am involved in many different activities. I have had many occasions to work quite closely with him during that time.

I have always found Mr. Leach to be an extraordinarily capable and helpful individual. He was always helpful to the students and me; he often went what I would classify as above and beyond his outlined duties to help us with issues as they arose. He often came in to school during his off-time (Saturdays and Sundays,) to assist us in a project. He was recognized by our principal at a faculty meeting as "going the extra mile", and given an award in recognition of his dedication. He was also very conscientious in his regular duties, and I never felt any reason to dispute his level of professionalism. He always kept the theatre clean and attractive.

I give him my highest recommendation; any school, organization or company that considers Mr. Leach is lucky. I was sorry to see him leave, and only wish him the best of luck in the future.

If you have any questions or desire more information on this outstanding individual, do not hesitate to contact me.

Sincerely,

George Harnish
Theatre Instructor
Auburn High School
5110 Auburn Street
Rockford, IL
61102

ph: 815-966-3300

e-mail: george.harnish@RPS205.com



# ROCKFORD PUBLIC SCHOOLS

Gifted Program Office
Yolanda Simmons, *Director*
201 South Madison Street
Rockford, Illinois 61104-2092
Phone 815 / 966-3182
Fax 815 / 966-3183

To Whom It May Concern:

I have worked with Mr. Leach for the past three years. In that time period as the Gifted Director, I have had several opportunities to work with him. The Gifted office is located in another building so all of our classes and materials had to be handled by the building maintenance at Auburn High School.

Mr. Leach was always available and helpful to all of my staff. He always went that extra mile. He was on time at each event and made sure all rooms and materials were appropriately placed. We had numerous requests for each event and they were always met and done on time. He was polite and very courteous each and every time we came into the building to meet with him about the facilities and equipment.

We always made a request for Mr. Leach as we knew he would take care of all of our materials and equipment in a timely manner. If there is any other information needed please feel free to contact me at the Board Office, 1-815-966-3182.

Sincerely,

*Yolanda Simmons*

Yolanda Simmons
Gifted Director
District #205



**ROCKFORD AUBURN HIGH SCHOOL ATHLETICS**
5110 Auburn Street   Rockford, IL   61101
School Phone: (815) 966-3300 – Fax: (815) 489-5508

Bill Lavery
Athletic Director   (815) 966-3300 x 3592

To whom it may concern:

I had some boxes that came in for athletics and James and another GCA employee helped me bring them to a storage closet on a cart. As I was in the closet putting the boxes away I heard James make a grunting sound from outside the closet door. As I went out to see what had happened, I saw James holding his back that he said he had hurt while trying to lift the boxes off the cart. The boxes were extremely heavy; however I really never saw exactly what had happened.

I have known James for the last two years and he is a very hard worker. He was always there when I needed him to attend to something at Auburn High School. He always had a great attitude and worked extremely hard at keeping the high school looking clean and presentable. I never have had an issue or problem with James since I have known him. If you have any questions you can call me at (815) 966-3300 ext. 3592
Sincerely,

*Bill Lavery*

Bill Lavery
Athletic Director
Auburn High School

To whom it may concern

I James Leach never asked for a six month leave of absents on June 6th 2007 because there was no reason for it I asked about it on July 2, 2007 because there was family problem with my aunty in Missouri Illinois and it happen on June 27, 2007 so I didn't asked until that July 2, 2007 for the leave of absents, and I talked with union Rep Bill Warren before I asked Bill Milanos about the leave of absents and Bill Warren is a union Rep for SEIU Local 1, and he told me only 90 days I had no 30 days by union SEIU was stated or wrote down 30 day that I had to return, and I have the original copy from Bill Milanos and Alfred Wesscott it never state 30 days like they sent to E.E.O.C and put on their sheet to E.E.O.C is all false statements.

James L. Leach.

To whom it may concern

I James L. Leach which works for GCA Services Group never had a talk with Steve Gritzuk GCA Services Group Midwest Senior Regional Manager of Rockford School District about any problems at Auburn High School 5110 Auburn Street or have I never talk with him about a problem with the Assistant Principal Mrs. Stoller at any time all of these aligations are false and all of the statements from Steve Gritzuk and GCA Services Group are false, and all statement are too and most statements have been reworded too look like a different point a view for them and I James L. Leach swear up under oath thats the truth and nothing but the truth.

Yours truly
Mr. James L. Leach

Jan. 14, 2008

To Whom It May Concern:

This letter is to inform you on regards to James Leach. James did an excellent job at Auburn High School. James helped in so many ways to help keep Auburn clean and most of all safe.

Many times James would help the staff with breaking up fights and finding students who were walking the halls, instead of being in class. James also found at diffrent times, 2 Special Ed students, who were outside on their own. Both of them had ran away from staff. James had respect from the staff and from the students at Auburn High School. I'am glad I have had the pleasure of working with James, the last 3 years.

Sincerely,

Dawn Dydse
Building + Special Ed Para

Revised 1/8/2007 X:\Staffing Documents\Personnel Action Forms\Personnel Action Form - Hourly Field Employees.doc


GCA Services Group, Inc.™

## PERSONNEL ACTION FORM
## HOURLY FIELD PERSONNEL

| Date Entered in GCAware | Date Entered in JDE: | Copy to Payroll: | Copy to Benefits: |
|---|---|---|---|

Date: 2-6-07　*Division Name: ROCKFORD EDUCATION　*Business Unit: 3628 AUBURN

*Name: LEACH, JAMES　Social Sec #: ___　DOB: ___　*Sex: M

Address: ___　Phone #: ___

City: ROCKFORD　*State: IL　Zip: ___

**CHECK ALL THAT APPLY**

☐ New Hire　☐ Re-Hire　☐ Separation　☐ Salary Change　☐ Promotion　☐ Demotion　☐ Transfer
☐ Personal Info Change　☒ LOA　☐ FMLA　☐ Bonus Award　☒ Other: LOA

**NEW HIRE / REHIRE**

*Hire Date: ___　Employee #: ___　*Position: ___　☐ Hourly: ___ /hour
*Reporting to (name & title): ___
*Status: ☐ Full Time　☐ Part Time　☐ Temporary　☐ On Call　*Marital Status: ___
Allowances ___　Additional Federal Tax ___　*Job Category: ___　*Ethnicity: ___
Training Location: ___　Duration: ___　Training Contact: ___
Source of New Hire:　☐ Newspaper Advertisement　☐ Career Fair　☐ College or University　☐ Company Website　☐ Internet Recruiting　☐ Employee Referral　☐ Agency

**SEPARATION / LEAVE OF ABSENCE**

*Separation Date: 7-6-07　*LOA Date: 2-6-07　*Date Return: ___
☐ Resignation　☐ Termination　☐ Layoff　*Reason: PERSONAL REASONS
*Number Vacation Days Due: 0　*Rehire: ☒ Yes ☐ No　Severance Payment: ___　Other Payment: ☐ Yes ☐ No
*If Termination, has HR reviewed documentation: ☐ Yes ☐ No　Amount ___
*If Resignation, has employee provided written notice: ☐ Yes ☐ No

**SALARY CHANGE / PROMOTION / DEMOTION / BONUS AWARD**

*Effective Date: ___　*Reason for Change: ___　Other: ___
Date Last Increase: ___　Percentage Last Increase: ___%　Bonus Award $ ___
Present Salary ___　*Increase Amt ___　Percentage ___%　*New Salary ___
Old Position ___　New Position ___

**TRANSFER**

Effective Date: ___　*Company Relocation ☐ Yes ☐ No
Old Unit: ___　*Old Unit # ___　*New Unit ___　New Unit #: ___

**PERSONAL INFORMATION CHANGE**

Revised 1/8/2007 X:\Staffing Documents\Personnel Action Forms\Personnel Action Form - Hourly Field Employees.doc

Effective Date: _____ Name Change: _____ Phone #: _____

New Address: _____

**SIGNATURES**

| Role | Signature / Name | Date |
|---|---|---|
| Assistant Account Manager | Name: _____ | Date: _____ |
| Account Manager | *[signature]* Name: _____ | Date: 2-9-07 |
| Regional Manager | *[signature]* Name: _____ | Date: 7-9-07 |
| Senior Regional Manager | Name: _____ | Date: _____ |
| Other Manager / Director | Name: _____ | Date: _____ |
| HR Manager/Director | Name: _____ | Date: _____ |
| Vice President | Name: _____ | Date: _____ |
| Division President | Name: _____ | Date: _____ |
| Senior Vice President | Name: _____ | Date: _____ |
| Senior Vice President, HR & Administration | Name: _____ | Date: _____ |
| CFO / Controller | Name: _____ | Date: _____ |
| President & CEO | Name: _____ | Date: _____ |

Notes:

Wage and Salary Adjustments must be accompanied by two (2) signatures. These signatures must be obtained from management personnel, whose positions are classified two (2) levels above the affected employee's position.

New hire notifications for Hourly Field Personnel must also be accompanied by one (1) signature. This signature must be obtained from a management personnel, whose position is classified at least one level above the position of the new hire.

After all signatures have been obtained, this form must then be submitted to the payroll department for processing.

The original copy of this document is to be filed in the employee's personnel file.

To whom it may concern:

I James L. Leach which works for GCA Services Group never had a talk with Steve Gritzuk GCA Services Group midwest Senior Regional Manager of Rockford Illinois school district 205 about any problems at Auburn High School 5110 Auburn Street or have I never talked with him about any problems with the Assistant Principal Mrs. Statler at any time all of these aligations are false, and all of the statements from Steve Gritzuk, and from GCA Services Group are false, and all statements are too, and most statements have been reworded too look like a different point a view for them, and I James L. Leach swear up under oath that the truth, and nothing but the truth.

OFFICIAL SEAL
GLORIA DIAZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/06/11

Gloria Diaz    James Leach
1-31-08        1-31-08

To whom it may concern:

I James Peach never asked for a six month leave of absents on June 6,Th 2007 because there was no reason for it I asked about it on July 2, 2007 because there was family problems with my aunty in missouri Illinois and it happen on June 27, 2007 so I didn't asked until that July 2, 2007 for the leave of absents, and I talked with union Rep Bill Warren before I asked Bill milano about the leave of absents, and Bill warren is a union Rep for SEIU local 1, and he told me only 90 days I had no 30 days by union SEIU was stated or wrote down 30 days that I had to return, and I have the original copy from Bill milano, and Alfred Wesscott it never state 30 days like they sent to E.E.O.C, and put on their sheet to E.E.O.C, and put on their sheet to E.E.O.C is all false statement

OFFICIAL SEAL
GLORIA DIAZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/06/11

Gloria Diaz
1-31-08

1-31-08
James L. Peach