**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Western Division**

James L Leach
                                    Plaintiff,

v.                                          Case No.: 3:08−cv−50011
                                                         Honorable Frederick J. Kapala

SBM Maintenance Contractor Inc
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2008:

      MINUTE entry before Judge Frederick J. Kapala :Plaintiff's application to proceed informa pauperis [3] is denied. Plaintiff to pay $75 on the second Friday of every month until the filing fee is paid in full. First installment is due on February 8, 2008.Mailed notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.