Dear Judge P. Michael Mahoney Sir!

I James L. Leach is asking if I could have a couple or few weeks to get this information I need toward my case, and be able to present it the right way Sir.

James L. Leach
2-28-08

FILED

FEB 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.