Leon Foster/BVP/DCC/DCX  To  James Leach

G.O. 02/27/2008 05:27 PM  cc
L.F. 02-28-08  bcc

Subject  DISCRIMINATION

**FILED**

MAR 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom It May Concern:

Yes, I Leon Foster feel very strongly that I was **discriminated** against. Here are the facts. I was asked by my supervisor (Jim) at that time, if I would be interested in a supervisor position because a supervisor was leaving. I let him know that I was interested in the position. I was to go feel out a application and turn in a resume, which I did. About two to three weeks go by and I didn't here anything, so I asked Jim what was up. He tells me the position was filled. I let him know that I was upset, not that I didn't get the position, but they could have gave me an interview or even call me to let me know the position was filled. And he agreed. They even hired three more supervisor's after that with out even considering my application. Seeing that I was not going to get an opportunity for a supervisor position with them (GCA), I started shopping and landed a part time supervisor position which now is a full time position. You know they have over 50% people of color working for them and not one (black) supervisor.

I have since moved on working for a company over there Maintence Dept. (janitor's & skill trade's). So I know that I was qualify to do the job. I was one of a few that knew all the buildings in the school district that GCA is over.

In closing, I just want to say that GCA has shown some prejudice towards people of color. Thanks.

Thanks

*[signature]*

*[signature: Gloria Diaz]*
2-28-08

OFFICIAL SEAL
GLORIA DIAZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/06/11