# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50011 | **DATE** | 4/29/2008 |
| **CASE TITLE** |  | Leach vs. SBM | |

**DOCKET ENTRY TEXT:**

The filing fee has been paid in full.  This case is referred to Magistrate Mahoney for all pretrial matters.

Docketing to mail notices.

| | Courtroom Deputy Initials: | sw |
|---|---|---|