**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

James L Leach )
2507 Anderson Street )
Rockford, IL 61101 )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
SBM Maintenance Contractor Inc. )
1438 BrookDr, Downers )
Grove, IL 60515 )
(Name of the defendant or defendants) )

**RECEIVED**

JAN 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CIVIL ACTION

NO. 440-2007-06384

**F I L E D**

APR 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 50011

KAPALA

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is James Lamont Leach of the
county of Winnabago (Rockford) in the state of Illinois.

3. The defendant is SBM Maintenance Contractors Inc., whose
street address is 1438 Brook Dr. Downers
(city)_____ (county) Grove (state) IL (ZIP) 60515
(Defendant's telephone number) (85)-229-9624 / head office 630-941-3490

4. The plaintiff sought employment or was employed by the defendant at (street address)
520 Phelps Ave (city) Rockford
(county) WINN (state) IL (ZIP code) 61108

5.  The plaintiff [*check one box*]

(a) ☐   was denied employment by the defendant.

(b) ☑   was hired and is still employed by the defendant.

(c) ☐   was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)___JuNe___, (day)_13 Th_, (year)_2007_.


7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)  The defendant is not a federal governmental agency, and the plaintiff [*check

one box*]   ☐ *has not*   filed a charge or charges against the defendant

☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i)   ☑ the United States Equal Employment Opportunity Commission, on or about

(month)_JuNe_ (day)_22_ (year)_2007_.

(ii)   ☐ the Illinois Department of Human Rights, on or about

(month)_12_ (day)_26_ (year)_2007_.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.   ☑ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received.  The

plaintiff has no reason to believe that this policy was not followed in this case.


7.2   The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

☑ Yes (month) 6 Th (day) 22 (year) 2007

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____
(day) 19 (year) 2007 .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES    ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month) 10 (day) 19 (year) 2007 a copy of which
*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐    Age (Age Discrimination Employment Act).

(b) ☑    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]

(a) ☐       failed to hire the plaintiff.

(b) ☐       terminated the plaintiff's employment.

(c) ☑       failed to promote the plaintiff.

(d) ☐       failed to reasonably accommodate the plaintiff's religion.

(e) ☐       failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐       failed to stop harassment;

(g) ☐       retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐       other (specify):_____

_____

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

1. Everyone promoted worked for GCA as day mechanics or Night Lead

2. chosen were 3 Caucasians 1 Hospanic or Mexican

3. Never Posted for Blacks or women or anyone or on Postalon Bourck.

4. Can Prove statement from them were false and words tampered.

5. Never got interview or never was given reason why not chosen.

6. only one's Promoted was Let known of managers Postion.

7. will be able To show statements from others of My Charactor.

14.    *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
       *[check only those that apply]*

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑    Direct the defendant to (specify): Tell The Truth

_____

_____

_____

_____

_____

(g) ☑   If available, grant the plaintiff appropriate injunctive relief, lost wages,
        liquidated/double damages, front pay, compensatory damages, punitive damages,
        prejudgment interest, post-judgment interest, and costs, including reasonable
        attorney fees and expert witness fees.

(h) ☑   Grant such other relief as the Court may find appropriate.


(Plaintiff's signature)

_James Lamont Leach_____

(Plaintiff's name)

_James Lamont Leach_____

(Plaintiff's street address)

_2507 Anderson St_____

_Rockford_____

(City) _Rockford_ (State) _IL_ (ZIP) _61101_

(Plaintiff's telephone number) _(815 )_ – _601 – 7061_____

                                    Date: _1-16-08_____

It was a monday May 13 Th 2007 I
James Leach talked with mike Nelson
and he is my regional district manager
for D.C.S Services group and
April Ashford a day porter at Auburn
high school about his job and
how could we get to be put in
his shoes a regional district manager
, and he stated just put your resume on
your clip board, and I'll pick it up on
thursday with pay roll sheets and
than mike stated to April Ashford
you can put yours on the clip board
too, and laugh with her and me and
April said no she didn't want to
do that she was happy with her
day position and then I brought
one in and let it on the clip board
with my time sheet and mike picked
it up and left the school we got
too talking about how he was terminated
from him position as Regional district manager
position so he had found a notter job
at some place he had to go take the drug
test and interview so after that mike Nelson
brought on June 15 th 2007 Al Wassall

2.

too Auburn High school, and stated
Al wesscott was our new Regional
District manager, but to note He
was at Guilford High school only
working for G.C.A. a little over
one year and I had almost two
years with the company and I was
never given an interview or was
my resume thrown a way we had
a secatary but they got rid of her
and out rid of mike I dont know
what they did with it but each time
there were new managers it was
three whites and one mexican or
hispanics and all of them were day
or night porters or mechanics so
I was and I gave him a resume
and I feel I never got a chance
and mike was our contact to what
on in G.C.A he was our boss
at Auburn High School District
and all four of them there were no
posting of them position to the rest
of us blacks and women they just
put them in and that was it so I
filed with E.E.O.C. commission

3   (Harrassment)

On September 7, 2007 I was approached and harassed by Al Wescott he pulled me away from the dumster were I was takeing out trash me and Les Cofield Head Junitor at Auburn High School, and Al stated they don't tolorate no call no show but I didn't have one told Al three days in a row of me going to traffic court let him known on monday and on Tuesday and on my court day september 5, 2007 I only work part time four hour from 10:00 A.m to 2:00 P.M about 1:30 I called Al wescott and let him know that I just got out of court so do you want me to come in for thirty minutes he said no Les and April is ok so you just come in tomorrow so on friday the 7th of september 2007 Al wescott said James Leach I am going to write you up for no call no show I James Leach let him know that he said to not come in and gave him three days of telling him That I had to go t court.

4. (Harrassment)

On September 7, 2007 I told Ali Wessott that he had two days to think about he was going to write me up, and that harrassment because G.C.A Services Group know of my law suit against them, and they sent false documentation against me James Lynch and false statements about Auburn High School Assistant principal and the Principal of the school, and state I had problems with them, and others at the school and after there false stories and fixing up of papers and rewording word and statements given by others to make E.E.O.C drop my case against them, and I can prove from witness statements that all was said was false and they assissated my caricature, and after they got wind of E.E.O.C. dismassal they E.E.O.C contacted them letting them know so I have been harassed on October _____ Ali Wessott told me that I needed proof of me going to Dr. Appointment but when other go appointment they did not have to show excuses of no kind.

5. (Harrassment)

On 11-20-07 I James Leach, call Bill Milano the G.C.A. boss over Al wesscott and stated to Bill that Al said to everyone it was their choice if they want to work for Wednesday half a day or five hours before thanksgiving day on thursday 11-22-07 and at that time I James Leach was having fuel pump problems with my Car so I was having trouble getting around so when I called Bill Milano, and let him know that I told Les Cofield the head Juintor at Auburn High School I was not coming in on 11-21-07 because I had a doctor appointment, and having problems with my car and getting a ride to the doctor so when I came in on 11-20-07 there was a sign up sheet in our office for G.C.A. at Auburn, and people could sign up if they wanted to work on 11-21-07 and I James Leach had not sign it but when I came in on 11-20-07 my name was put on it and I went to Les Cofield, and asked him if he knew how my name got put down on it he said Al wesscott told him to put it on the sheet

6. (Harrassment)

On 11-20-07 my name was put on a sheet or sign up sheet to work from 10 am – 2 pm on 11-21-07 so I called Bill Milano and told him I had said I was going to take 11-21-07 off after Al wesscott said it was our choice because there were no kids at school on 11-21-07 and Bill milano over heard what Al wesscott said so he made the statement he's calling people so he told Les Cofield which did the food cafeteria lunch tables lifting and folding them up everyday, and Al wesscott told Les not to do the tables that some day I called on him stated to Les let James do the tables for now on because he was mad about me calling Bill so I feel he was trying to punish me for going over his head and Al tryed to write me up for not lifting tables because my back and shoulder was hurting me so I let the two women that was doing the lifting together do it because one was hired just for wipe tables and clean up.

7    (Harrassment)

On november 28, 2007 on a wednesday
I James Leach was told by Al Wescott
to leave Auburn High School property
because we had words about he said
did lep tell you I said to help those
girls set tables on 11-26-07 that
monday. and I stated they all ways
do it together the two women, and I
didn't have to help them or it don't
table three people do it, and that was
his way he thought he could write
me up for not following direction
from him but it was stated in front
of others so he could write me up
and thats Harrassment when that was
their job those two women so
your honor could you please consider
this as Harrassment, Discrimination,
falsifying information, Assisatating my
carture, Deafimation of carture, and also
Alwesscott said to some one James lose
his little case.        your true Mr James Leach

" Thanks for your time
Sir!.



**ROCKFORD AUBURN HIGH SCHOOL ATHLETICS**
5110 Auburn Street   Rockford, IL   61101
School Phone: (815) 966-3300 – Fax: (815) 489-5508

Bill Lavery
Athletic Director  (815) 966-3300 x 3592

To whom it may concern:

I had some boxes that came in for athletics and James and another GCA employee helped
me bring them to a storage closet on a cart.  As I was in the closet putting the boxes away
I heard James make a grunting sound from outside the closet door.  As I went out to see
what had happened, I saw James holding his back that he said he had hurt while trying to
lift the boxes off the cart.  The boxes were extremely heavy; however I really never saw
exactly what had happened.

I have known James for the last two years and he is a very hard worker.  He was always
there when I needed him to attend to something at Auburn High School.  He always had a
great attitude and worked extremely hard at keeping the high school looking clean and
presentable.  I never have had an issue or problem with James since I have known him.
If you have any questions you can call me at (815) 966-3300 ext. 3592
Sincerely,

Bill Lavery
Athletic Director
Auburn High School



ILLINOIS DEPARTMENT OF

# Human Rights

Rod R. Blagojevich, Governor
Rocco J. Claps, Director

November 29, 2007

Mr. James L. Leach
2507 Anderson St.
Rockford, IL 61101

Re: Leach vs SBM Maintenance Contractors, Inc., Control No.: **080927047**

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter. **Please include the Control Number indicated above on the letter you send to the Department regarding this charge.**

**By Mail:** Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to: IL Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person:** You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.** It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

**CC: Director of Human Resources
SBM Maintenance Contractors, Inc.
1438 Brook Dr.
Downers Grove, IL 60515**

Rev. 10/07

100 West Randolph Street, James R. Thompson Center, Suite 10-100, Chicago, Illinois 60601, 312-814-6200, 312-263-1579 (TDD)

12/26/07

**ATTENTION!!! IL Department of Human Rights**
**E E O C Referred Charges/Intake Unit**

To Whom It May Concern:

   I ____James L. Leach____, would like to give permission to
Human Rights to obtain any, and **ALL** information pertaining to a lawsuit, I would like
to file against G C A Services Group. I am filing a lawsuit for a multitude of things such
as: discrimination, defamation of character and falsifying information of my disciplinary
files and work ethics.

Thank you

James L. Leach

EEOC# : 440-2007-06289
Dec. 26,  2007


A T T E N T I O N!!!!! J O H N  P. R O W E
DISTRICT DIRECTOR FOR EEOC


I _____Jum?? L Leach_____ respectfully request that EEOC re-
opens my case(s) filed on June 22, 2007 9:36 am; against my employer GCA Services
Group. I have useful statements from the school's assistant principal stating my overall
character and work ethics at Auburn High School. All information was totally fabricated
and the matter-at-hand was never professionally taken care of or documented.
    I am asking that you look a little deeper into this case because the first issue is
discrimination; which I have a letter from Ms. Avery stating she was never offered the
job; just told about it, so it WOULD NOT look like discrimination. Also I have a typed
statement from the school's assistant principal Ms. Statler, that the school loves my work
performance and has never had a problem with me in my 2 years of employment.


Thank You


James L. Leach

EEOC Form 161 (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   James L. Leach
      2507 Anderson Street
      Rockford, IL 61101

      **CERTIFIED MAIL 7099 3400 0014 4054 1955**

From:   **Chicago District Office**
        **500 West Madison St**
        **Suite 2800**
        **Chicago, IL 60661**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-06389 | **Ernestine Harris,** **Enforcement Supervisor** | **(312) 886-7490** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

John P. Rowe

_John P. Rowe,_
_District Director_

10/19/07

(Date Mailed)

Enclosures(s)

cc:

   **SBM MAINTENANCE CONTRACTORS, INC**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 440-2007-06389 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. James L. Leach | (815) 601-7061 | 03-08-1970 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2507 Anderson Street, Rockford, IL 61101 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SBM MAINTENANCE CONTRACTORS, INC | 201 - 500 | (815) 229-9624 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1438 Brook Dr., Downers Grove, IL 60515 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest: 05-15-2007   Latest: 06-13-2007  ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired as a Day Mechanic by Respondent on September 4, 2005. On or about June 13, 2007 I was denied a promotion.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

JUL 2 4 2007

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7-20-07 _____ Date     James Lamont Leach _____ Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**
500 West Madison St., Suite 2800
Chicago, IL 60661

PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

July 30, 2007

Mr. James Leach
2507 Anderson Street
Rockford, IL 61101

Re: Charging Party: Mr. James Leach
Respondent: SBM Maintenance Contractors, Inc.
EEOC Number: 440-2007-06289

Dear Mr. Leach:

This is to inform you that I have been assigned as the Investigator for your charge. Presently, I am waiting to receive evidence from the Respondent that you charged with discrimination. When all of this information has been received and analyzed, I will be able to determine what additional steps are appropriate. At any point in this process, I will welcome whatever additional input you may have regarding your charge.

The large inventory of cases currently under investigation in our office may affect the length of time needed to process your charge. You should expect that it will generally require at least six months. We understand that you may be very concerned about your charge when you have not been in contact with us for several weeks or months. Please be assured that the Commission is committed to investigating your charge as expeditiously as possible. We regret that our staff size does not permit us to provide you with more frequent interim contacts without slowing the progress of our investigations. We ask for your understanding and cooperation in this regard.

If it is necessary for you to contact me regarding the investigation of your charge, you may write to me at the above address. Also, if you wish to submit additional information, or report additional complaints of discrimination to us, including reprisal by Respondent against you for filing your present charge, you may do so by writing, or faxing (see fax number above), or by phoning me; I can be reached at **(312) 353-5543**, between the hours of 8 **A.M. and 4 P.M.**, Monday through Friday.

Sincerely,

*Sarita Gaddis*

Sarita Gaddis
Investigator Support Assistant



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Chicago Status Line: (866) 408-8075
Chicago Direct Dial: (312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

January 10, 2008

James Leach
2507 Anderson St.
Rockford, IL 61101

     RE:   EEOC Charge No.:  440-2007-06389
           Charging Party: James Leach
           Respondent: Maintenance Contractors

Dear Mr. Leach:

Enclosed is a copy of the above reference file you requested.  If you have any questions, please contact me at (312) 353-5543.

Sincerely,

Sarita Gaddis
Section 83 Coordinator
Sarita.gaddis@eeoc.gov

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| ⌐ SBM MAINTENANCE CONTRACTORS, INC<br>1438 Brook Dr.<br>Downers Grove, IL 60515 ⌐ | |
| | **James L. Leach** |
| | THIS PERSON *(check one or both)* |
| | ☐ Claims To Be Aggrieved |
| | ☐ Is Filing on Behalf of Other(s) |
| ⌐ ⌐ | EEOC CHARGE NO.<br>**440-2007-06389** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

| ☒ Title VII of the Civil Rights Act | ☐ The Americans with Disabilities Act |
|---|---|
| ☐ The Age Discrimination in Employment Act | ☐ The Equal Pay Act |

The boxes checked below apply to our handling of this charge:

1. ☐ No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. ☒ Please provide by **24-AUG-07** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. ☐ Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. ☐ EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

EPT. OF HUMAN RIGHTS

JUL 3 0 2007

RECEIVED

| **Sarita D. Gaddis,**<br>**Investigator Support Asst** | **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2800**<br>**Chicago, IL 60661** |
|---|---|
| *EEOC Representative* | |
| *Telephone* **(312) 353-5543** | |

Enclosure(s): ☒ Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN | ☐ AGE | ☐ DISABILITY | ☐ RETALIATION | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **July 24, 2007** | **John P. Rowe,**<br>**District Director** | *[signature]* |

EEOC Form 212-A (3/98)

## U.S. Equal Employment Opportunity Commission

TO:    **Illinois Department Of Human Rights**
**100 West Randolph Street**
**Floor 10-100**
**Chicago, IL 60601**

Date    **July 24, 2007**
EEOC Charge No.
    **440-2007-06389**
FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **James L. Leach** | v. | **SBM MAINTENANCE CONTRACTORS, INC** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC    ☐ _____ on **July 24, 2007**
                               *Name of FEPA*        *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

    ☐ EEOC requests a waiver          ☐ FEPA waives

    ☐ No waiver requested            ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge
and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

*[stamp: EPT. OF HUMAN RIGHTS JUL 3 0 2007 RECEIVED]*

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **John P. Rowe** | *[signature]* |

| **James L. Leach** | v. | **SBM MAINTENANCE CONTRACTORS, INC** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Rocco J. Claps** | *[signature]* |

TO:    **Chicago District Office**
**500 West Madison St**
**Suite 2800**
**Chicago, IL 60661**

Date    **July 24, 2007**
EEOC Charge No.
    **440-2007-06389**
FEPA Charge No.



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**

500 West Madison St
Suite 2800
Chicago, IL 60661
(312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

James Leach
2507 Anderson Street
Rockford, IL 61101

Re: Respondent: SBM Maintenance Contractors Inc
     EEOC Charge No.: 440-2007-06389

Dear Mr. Leach:

Enclosed is a draft of your charge of employment discrimination. The information you have provided indicates that the matter complained of may be a violation of one or more of the following laws:

    [X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]    The Age Discrimination in Employment Act (ADEA)

    [ ]    The Americans with Disabilities Act (ADA)

    [ ]    The Equal Pay Act (EPA)

To facilitate proper handling of this action by the Commission you should:

    (x)    Review all the information on the enclosed charge form.  If you feel a correction should be made, please call me at (312) 353-5543 to discuss.

    (x)    <u>SIGN AND DATE ALL FOUR (5) COPIES OF THE CHARGE</u> in the bottom left hand block where indicated by an "X".

    (x)    Return by mail all copies of the signed and dated charge.

Since a charge must be processed within the time limitations imposed by law, I urge you to complete the steps indicated as soon as possible.  Please call me at (312) 353-5543 if you have any questions.

    (x)    If you do not return your signed and dated charge to us within thirty (30) days of receipt, or otherwise contact us, your charge may be dismissed.  Also, at certain critical stages of the investigation, it may be necessary (for legal reasons) for the Commission to send material by certified mail, return receipt requested.  Therefore, you must be sure to claim all such mail while the charge is being processed.

You should be aware that the Commission will cross-file your charge to the Illinois Department of Human Rights ("IDHR") in accordance with our procedures.

Sincerely,

7/17/06
Date

Sarita Gaddis
Investigator Support Asst
(312) 353-5543

Enclosures

440-2007-06389

**RECEIVED EEOC**
JUL 1 6 2007
**CHICAGO DISTRICT OFFICE**

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission
("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law,
generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be
reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if
needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known."
If a question is not applicable, write "n/a."**

*(PLEASE PRINT)* .

**1.     Personal Information**

Last Name: **Leach**                    , First Name: **James**          MI: **L**

Street or Mailing Address: **2507 Anderson St**                    Apt Or Unit #:

City: **Rockford**          County:          State: **IL**     Zip: **61101**

Phone Numbers: Home: ( **815** ) **601-7061**          Work: ( **815** ) **966-3300**

Cell: ( **815** ) **601-7061** / **(815) 516-3257** Email Address:

Date of Birth: **03-08-70**          Sex: Male **M** Female____ Race: **Black**

National Origin / Ethnicity **African American**     Do You Have a Disability?  Yes ☐   No ☑

**Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: **Carrie Hill**                    Relationship: **Grand Mother**

Address: **907 Lapp Court**          City: **Rockford**          State: **IL** Zip Code: **61101**

Home Phone: **(815) 968-1711** Other Phone: **(815) 601-7063**

**I believe that I was discriminated against by the following organization(s):  (Check those that apply)**

Employer **X**          Union_____          Employment Agency_____   Other (Please Specify) _____

**2.     Organization Contact Information**

Organization #1 Name: **GCA Services Group or SBM Maintenance Contractor IN**

Address: **1438 Brook Drive**                    County:

City: **Downers Grove**          State: **IL** Zip: **60515**     Phone : ( **815** ) **239-9624**

Type of Business: **Janitoral**     Job Location if different from Org. Address:

Human Resources Director or Owner Name: ( **Bill Milano**) **Branch Regional Manager**     Phone: **(815)** **239-9634**

Number of Employees in the Organization at All Locations: Please Check (✓) One

Less Than 15  ☐     15 – 100  ☐     101 – 200  ☐     201 – 500  ☑     More 500  ☐

Organization #2 Name:

Address: _____     County:_____

City: _____ State: _____ Zip:_____ Phone :(____) _____

Type of Business: _____ Job Location if not at Org. Address: _____

Human Resources Director or Owner Name: _____ Phone: _____

Number Of Employees In The Organization At All Locations: please check (✓) one

Less Than 15 ☐    15 – 100 ☐    101 – 200 ☐    201 – 500 ☐    More 500 ☐

3.  **Your Employment Data** (Complete as many items as you can)

Date Hired: 9/4/05 _____ Job Title At Hire: Day Mechanic

Pay Rate When Hired: $9.50 _____ Last or Current Pay Rate: $10.70

Job Title at Time of Alleged Discrimination: Day Mechanic

Name and Title of Immediate Supervisor: Bill Milano

If Applicant, Date You Applied for Job 5/15/07 Job Title Applied For Regional Manager
Gave Resume Let on pay roll clip Board

4.  **What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (✓) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (✓) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (✓) RETALIATION.*

Race ✓  Sex ☐  Age ☐  Disability ☐  National Origin ✓  Color ✓  Religion ☐  Retaliation ☐  Pregnancy ☐

Other reason (basis) for discrimination (Explain): only to whites, mexican
Job was never post To G C A employes (Blacks) person was

5.  **What happened to you that you believe was discriminatory?** <u>Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you.</u>  (Example: 10/02/06 – Written Warning from Supervisor, Mr. John Soto)

A)  Date: 5/15/07 _____ Action: Gave Resume To Micheal Gilson for Regional Manager
position put on clip Board with pay roll sheets never here any Thing until They gave no
Name and Title of Person(s) Responsible: Al Wesscott he worked at Guildford High School as Day Mechan

B)  Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

Describe any other actions you believe were discriminatory.
will Steve Ackers, mitheal Gilson, Al Wesscott, David
Bernaldo which is mexican others are all white males
were given Brunch Regional managers positions and all were
G C A staff workers or Day mechanics yust like I'm
one and never was their jobs as Regional managers
were post for everyone else they yust put them in those
spots and Al Wesscott only had 1 years working for G C A no

(Attach additional pages if needed to complete your response.) experience and I James Heath
have almost 2yrs with Them and never
given chance.

#7

Well I fell I was discriminated against when they gave Al Wesscott the Regional managers position on June 13, 2007 and he had the same job title as I did and it was give to him and not even posted for me or others with the same title and I feel Bill Milano which is the Big Regional manager over all the rest of the Regional managers said before he got this big position said he wish he could fire all the blacks and keep the white and mexicans be they know how to work, and it shows he used his position to put whites and mexicans in those position, and left out blacks by not posting the openings and putting whom they wanted too.

6. **What reason(s) were given to you for the acts you consider discriminatory?  By whom?  Title?**

well mike Gibson just say know these people do what they want to do and I turn in your Resume I don't know if it go thrown a way or not in a bidding kind of way and they put who they want when they want too.

7. **Name and describe others who were in the same situation as you.  Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same?  Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination.  Add additional sheets if needed.**

   Full Name                  Job Title              Description
   1. Al Wesscott was Day Mechanic now Regional Manager
   2.
   3.

   **Answer questions 8-10 only if you are claiming discrimination based on disability.  If not, skip to question 11.**

8. **Please check all that apply:**    ☐  Yes, I have an actual disability
                                         ☐  I have had an actual disability in the past
                                         ☐  No disability but the organization treats me as if I am disabled

9. **If you are alleging discrimination because of your disability, <u>what is the name of your disability?</u>  How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything?  (Example:  lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).**

   _____
   _____
   _____
   _____
   _____
   _____

10. **Did you ask your employer for any assistance or change in working condition because of your disability?**
    YES ☐  NO ☐

    **Did you need this assistance or change in working condition in order to do your job?**
    YES ☐  NO ☐

    If "YES", when? _____ To whom did you make the request?  Provide full name of

    person_____ How did you ask (verbally or in writing)? _____

    **Describe the assistance or change in working condition requested?**
    _____
    _____
    _____

4

11. **Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.**

| | | |
|---|---|---|
| **NAME** | **JOB TITLE** | **ADDRESS & PHONE NUMBER** |

A. Leon Foster    Day Mechanic
   1108 Oakley ave    (815) 965-1681

| | | |
|---|---|---|
| **NAME** | **JOB TITLE** | **ADDRESS & PHONE NUMBER** |

B. Les Cofield    Day Mechanic
   Pierpont ave    (815) 964-7632

They will say that there were No posting for Blacks only whites, mexicans,

| | | |
|---|---|---|
| **NAME** | **JOB TITLE** | **ADDRESS & PHONE NUMBER** |

C. Bill Warran (Union Rep)    Chicago area 773-875-4004

12. **Have you filed a charge previously in this matter with EEOC or another agency? YES ☐ NO ☒**

13. **If you have filed a complaint with another agency, provide name of agency and date of filing:**

14. **Have you sought help about this situation from a union (Rep) an attorney, or any other source?**
    **YES ☒ NO ☐** - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?
    Bill warran (Union Rep) 6/14/07  773-875-4004  Talked about what was going on with positions

    _James Lamont Leach_        7-2-07
    **Signature**              **Today's Date**

**If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number on the attached cover letter. Please make a copy of this form for your records before mailing.**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211. 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

NOTE:

Phone Interview
James Leach vs SBM Maintenance Contractors, Inc
Promotion

PCP was the only black who applied for the position Branch General Manager.

PCP stated that there were a total of 4 employees who were promoted to the position of Branch General Manager of the four 1 was Hispanic and the others were White.
Al Wesscot, Steve Ackers, Michal Gilson and David Hernades.

They all had the same job title as cp Day Mechanic.

PCP also stated that Bill Milano head Regional Manager would make comments that if he had his way that their would be no Blacks working under him just whites and Hispanics because they knew how to really work. PCP stated Bill made these types of comments but not directly at PCP.

440 2007 06389

7/17/07    DOH        9/4/05
eff MSG    DOEP  .   5/15/07
           #ees
           Sup       Bill Milano (white)
           Position title — Day Mechanic

           Harm — RB
           Issue — P3
           Basis — Nat'l Origin — color —

                                              (w/R  no longs
Comparatives: Steve Ackers, Michael
Gibson, Al Wescott, David Hernades (4)
all are white & promo to Branch Regional Mgr.
Reason for not being promo.

hired   9/4/05
Promo given to someone else 5/15/07
#ees ?

Supervisor — Bill Milano
PCP job Title — Day Mechanic

Race —


Promo —

experience —

 Night crew - [illegible] them put light for day crew. - Then brought crew over

# GCA Services Group™

**To: Sarita D. Gaddis**
**Investigator Support Assistant**
**500 West Madison Street**
**Suite 2800**
**Chicago, IL. 60661**

Re: Notice Of Charge Of Discrimination
Person Filing Charge – James L. Leach
**EEOC Charge No. 440-2007-06389**

The following is GCA Services Group response to the **Notice Of Charge Of Discrimination – James L. Leach – EEOC Charge No. 440-2007-06389:**

**Employment History:**
James L. Leach was hired by GCA Services Group to work as a custodian in the Rockford School District on 19 September 2005.

1 July 2006 He received a contract increase raise.
31 July 2006 He was promoted from a custodian to a Day Mechanic
1 July 2007 He received a contract increase raise.
6 June 2007 He asked for a Leave of Absence for personal reasons and left on 7 July 2007. not true ask 7-2-07 monday went to see Rose

Ralph (died 6-27-07

During Mr.Leach's employment with GCA Services Group in Rockford IL.– he did not express any interest in being promoted to management. (See Attached Statements From Managers at Rockford School District GCA Services Group Management.

**Statement from Steve Gritzuk (Caucasian)** – GCA Services Group Midwest Senior Regional Manager - Rockford School District – 3 August 2007.

On June 26th, 2007 Steve Gritzuk and Alfred Westcott inspected Auburn School due to complaints regarding the lack of summer progress. Upon inspection Steve G. noticed the school was approximately 20% behind the comparable high schools in Rockford 205.

Steve Gritzuk was approached by the Assistant Principal, Mrs. Statler. She stated that she repeatedly asked James Leach to remove a trash filled utility cart, in which he had not removed upon her request.

James was called and questioned about the cart. He stated it was nasty and he needed help in removing it. The situation was accessed and there were active roaches.

1438 Brook Drive • Downers Grove, IL 60515 • Tel: 630.629.4044 Fax: 630.629.4047



## GCA Services Group™

After the utility removal, James and Steve spoke about Auburn status. James stated Auburn was "busy and had too many kids" (overpopulated). He had no explanation of why the building was behind, except that the asst. principal was not reasonable. *June 28,2* *I was in Missouri* *Sheriff office in Missouri can tell that their with (Jorge)* As they spoke about how he was doing he stated that things were fine. Steve has known James for a while and initially placed him with Auburn due to his solid performance. He has already been promoted to Day Mechanic, properly trained, with the highest paid hourly position.

At no point during this conversation, or any other time in which Steve has worked with James did he ever express a desire to be considered for management. James never spoke of it to Bill Milanos, (Regional Manager) either.

GCA has posted openings for Asst Managers and Managers positions internally and in the Rockford Register Star. Never did he apply or express a desire to apply.

Based upon his performance at Auburn, unfortunately Steve would not consider James Leach as a candidate for a management position. To date, James has failed the pool test twice in the past year. His job performance has been boarder line at best by the principal and most district personnel including Harry Wicherson, our primary contact.

James is the contact at the school and there were complaints about poor communication between shifts and the school staff, which is normally a primary Day Mechanic responsibility.

Auburns pool, which is James responsibility, had to be cleaned twice to remove the scale and yellow discoloration due to inconsistent cleaning practices. The records were not kept at 100% as required. James did not show the leadership needed to maintain the building daily.

- **Augustine Meza (Hispanic)** is an Asst Manager. He has given 110% daily and completed every task on time.
- **Jerry Clark (Caucasian)** is an Asst Manager. He has been very helpful with the summer clean involved with 6 buildings up to this point.
- **Marquis Taylor (African American)** has been spoken with by Bill Milanos personally discussing the strong chance he will be promoted to Asst Manager based on his strong performance during this summer clean.
- **Yonette Avery (African American female)** was offered a position as Area Manager last year 2006 and turned it down. She was offered the position again in the spring and turned it down again. Bill has recently spoken with her and she feels now is a better time for her and would like to be reconsidered.

2

 **GCA Services Group™**

To recap, James has not displayed the skills or made the effort to learn the skills needed to be considered for the position of Area Manager or Assistant Manager. His building, pool and work ethic have shown this. If these things were change in the future, we could consider James Leach for a Management spot on the Rockford team – but – as stated before he has not shown interest or mentioned it to any management in GCA @ - 843-469-3568.

**Statement from Bill Milanos (Caucasian)** – GCA Services Group - Midwest Regional Manager - Rockford School District – 3 August 2007.

Mr. Leach has never approached me or any of my team related to being interested or promoted to a management position with GCA Services Group within the Rockford School District.

Mr. Leach's performance has not warranted consideration for a management position at the present time. @ 815-227-9624

**Statement from Ms. Yonette Avery (African American)** – Hourly Lead Custodian – GCA Services Group – Rockford School District.

Bill Milanos offered me, Ms Yonette Avery, a supervisor position with GCA Services Group in 2006. However, I declined the offer due to me not having enough knowledge about the company's expectations. Now that there are management positions available and I know what is expected from me as a supervisor, not saying that there aren't a few things I need to learn to be successful in this field. With the knowledge I have at this time, I know that I am capable and qualified for the position.

I learned of the openings through my manager and postings of jobs in the break room. If there are any questions, comments and or concerns please contact me, Ms. Yonette Avery @ 815-378-5111.



**GCA Services Group™**

---

**Current Rockford School District Ethnicity**

**Hourly Employees:**                                 **Management Employees:**

101 African Americans:                                5 Caucasian Managers
69  Caucasian
42  Hispanic
8   Bosnian                                           **Note:** In the Last 12 months (4) four
2   Russian                                           Managers have left the Rockford
1   French                                            School District:
**223 Total**                                         2 – Caucasian 2 - Hispanic

**Gender:**

103 Females
120 Males
**223 Total**

---

**Management and Hourly open position procedure – Rockford GCA School District:**

1. Hourly employees are given the opportunity to increase their positions and wages by notification on bulletin boards and employee/management meetings. The posting of job openings is part of the SEIU Local 1 Contract Agreement between GCA and the union.
2. Ads are placed in the local Rockford Register Star News Paper. This procedure is used for hourly and management positions when needed.
3. All Resumes are reviewed that are submitted and interviews conducted when current employees express interest in any open position.

---

**Additional Background Information:**
**Bill Milanos Statement 8 August 2007**

James Leach requested a six month leave of absence on 6 June 2007 and left on 7 July 2007. By the contract agreement with the SEIU Local 1 GCA Services Group can only grant 30 day leaves of absence other than FMLA. He was given six months to return to work and guaranteed his Day Mechanic position for 90 days. ʼ

 **GCA Services Group™**

Attachments:
GCA Forms – Leave of Absence – Rate Increase - Equal Employee Opportunity Survey
GCA Form – Hiring Form

Cc: James P. Sostak – Vice President
    Bernie Decker – Human Resource Vice President
    Steve Gritzuk – Senior Regional Manger
    Bill Milanos – Regional Manager

FROM :GCA SBM                    FAX NO. :18159686190              Sep. 21 2005 10:03AM  P3

 **GCA Services Group, Inc.™**

| FOR OFFICIAL USE ONLY | | | | $ |
|---|---|---|---|---|
| Authorized Signature | Date | Co'I Div | Size | Annual Salary |

## HOURLY EMPLOYMENT APPLICATION

**POSITION APPLIED FOR**

Location Address: _Any in area_
Position: _Janitoral_
Referral Source: _Leon Foster_
Date Available: _8-9-05 A.S.A.P._
Days / Hours Available: _M-S 6AM - 6pm or Let_
Full Time or Part Time: _Full Time_
Area(s) of Town in which you can work: _(Any open)_

**GENERAL INSTRUCTIONS**
1. Complete the application in it's entirety with black or blue ink.
2. Specify the position for which you are applying.
3. Sign and date application where indicated. All provided information is subject to verification.
4. Submit the application to the location where the position is located.

## CONTACT INFORMATION

Your Name: _James Lamont Leach_

Social Security Number: ████████

Mailing Address: _807 Lapp Ct_

City, State, Zip Code: _Rockford   IL   61101_

Home Phone Number: _(815) 962-9360_    Alternate Phone Number: _(915) 968-1711 (cell) 5/9 ___

Are you age 18 or older? ☑ Yes ☐ No    Upon hire, can you show proper documentation that you are legally authorized to accept employment in this country? ☑ Yes ☐ No

Have you ever worked for GCA Services Group, Sunstates Maintenance, Fidelity Maintenance, Southern Building Service, or Associated Building Services before? _NO_    ☐ Yes  Dates: _____    ☑ No

## EDUCATION

**HIGH SCHOOL**

Name / Location of School _Auburn High 5110 Auburn St._ Received: ☑ Diploma  ☐ Other (specify)_____  ☐ None

**Job-Related Training or Coursework (VOCATIONAL, TRADE, BUSINESS, ETC.)**

| Name of School | City, State | Dates of Attendance (Mth / Yr) | | Course of Study | Completed | |
|---|---|---|---|---|---|---|
| | | From | To | | Yes | No |
| | | | | | | |

## BACKGROUND INFORMATION

Have you ever been convicted of any felonies and/or or misdemeanors?    ☐ YES  ☑ NO

If "yes", what charges? _____

Where convicted? _____    Date of Conviction? _____

Have you ever pled "guilty" to a crime, which is a felony or misdemeanor?    ☐ YES  ☑ NO

If "yes", what charges? _____

Where? _____    Date of Conviction? _____

Note: A "yes" answer will not automatically bar you from employment. The nature, job-relatedness, severity, and date of the offense in relation to the position for which you are applying are considered.

FROM : GCA SBM                FAX NO. : 18159686190              Feb. 21 2005 10:03AM P4

## EMPLOYMENT HISTORY

**1.** Name of Present or Most Recent Employer: DBA Peterson Concrete
Address: 9622 indigo LN          Phone Number: (815) 494-8675
Position: Concrete Laborer       Supervisor's Name and Title: Jason Peterson
From: 3/17/05  To: 7/7/05        May we contact him\her? ☑ Yes  ☐ No
   month day year  month day year
                                 Hourly Wage: $10.00
Reason for Leaving: Lay off

**2.** Name of Next Previous Employer: Little Peoples Place
Address: 3218 11Th St            Phone Number: (815) 227-4907
Position: Child care Aide        Supervisor's Name and Title: Lisa Wilson
From: 4/01/01  To: 5/17/03       May we contact him\her? ☑ Yes  ☐ No
   month day year  month day year
                                 Hourly Wage: $8.69
Reason for Leaving: Business went out of Business.

**3.** Name of Next Previous Employer: Colonial Baking Company
Address: 526 Green St            Phone Number: (815)
Position: Bun oven operator      Supervisor's Name and Title: Jim Williams
From: 1/9/90  To: 2/10/97        May we contact him\her? ☑ Yes  ☐ No
   month day year  month day year
                                 Hourly Wage: $14.89
Reason for Leaving: Went out of Business   Relocated out of Town.

## REFERENCES

Please list two non-family personal references

Beagie Biffle (Friend)          815 670-3507  20yrs
Name                  Personal Relationship    Telephone Number  Years of Acquaintance

Eddie Williams (Friend)         915 519-8997  17yrs
Name                  Personal Relationship    Telephone Number  Years of Acquaintance

## APPLICANT'S STATEMENT

I understand that the employer follows an "employment at will" policy, in that I or the employer may terminate my employment at any time, or for any reason consistent with applicable state or federal law. I understand that this application is not a contract of employment. I understand that federal law prohibits the employment of unauthorized aliens; all persons hired must submit satisfactory proof of employment authorization and identity; failure to submit such proof will result in denial of employment.

I understand that the employer may thoroughly investigate and verify all data given on this application. I understand that GCA may conduct a criminal background check and require me to take a drug test. I authorize all individuals named herein, except my current employer if so noted, to provide any information requested about me, and I release them from all liability for damage in providing this information.

I certify that all the statements herein are true and understand that any falsification or willful omission shall be sufficient cause for dismissal or refusal of employment.

Your Signature: James Lamont Leach          Date: 8-8-05

FROM :GCA SBM                    FAX NO. :18159686190              S-- 21 2005 10:04AM P7

OMB No. 1115-0136

U.S. Department of Justice                                    **Employment Eligibility Verification**
Immigration and Naturalization Service

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Leach | James | L | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 807 Lapp ct    IL | 61101 | |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Rockford | IL | 61101 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☑ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A_____)
☐ An alien authorized to work until __/__/__
(Alien # or Admission #)

Employee's Signature   *James Lamont Leach*          Date (month/day/year)

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | | | |
| Issuing authority: | | | | |
| Document #: | | | | |
| Expiration Date (if any): __/__/__ | | __/__/__ | | __/__/__ |
| Document #: | | | | |
| Expiration Date (if any): __/__/__ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative   *Nancy Swanstrom* | Print Name   *Nancy Swanstrom* | Title   Admin Assistant |
|---|---|---|
| Business or Organization Name   SBM/GCA | Address (Street Name and Number, City, State, Zip Code)  1438 BROOK DRIVE DOWNERS GROVE IL 60515 | Date (month/day/year)   9/19/05 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____  Document #: _____  Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91)N Page 2

Equal Employment Opportunity Survey

## CONFIDENTIAL INFORMATION

Government agencies require periodic reports on the sex, ethnicity, disability and veteran status of applicants. Completion of this data is voluntary and will not affect your opportunity for employment, or terms or conditions of employment, if hired. Identification can be declared at any time prior to, or if applicable, after hire. Please return this page with your application.

Check one:

☑ Male        ☐ Female

Check one of the following:

*Race/Ethnic Group:*

☐ **American Indian or Alaskan Native** - A person having origins in any of the original peoples of North America and South America (including Central America), and who maintains tribal affiliation or community attachment.

☐ **Asian** - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☑ **Black or African American** - A person having origins in any of the Black racial groups of Africa. Terms such as "Haitian" or "Negro" can be used in addition to "Black or African American."

☐ **Native Hawaiian or Other Pacific Islander** - A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☐ **White (Caucasian)** - A person having origins in any of the original peoples of Europe, North Africa, or the Middle East.

☐ **Hispanic or Latino (All races)** - A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

☐ **Race missing or unknown** - Applies to Applicants only, where a resume or application that is screened is received without any racial or ethnic identification and no further contact is made with the applicant.

Please check one if it describes your veteran status

*Veteran Status:*

_____ **SPECIAL DISABLED VETERAN:** Means (A) a veteran who is entitled to compensation (or who, but for the receipt of military retired pay, would be entitled to compensation) under laws administered by the Department of Veteran Affairs for a disability rated at 10 or 20 percent in the case of a veteran who has been determined to have a serious employment disability or (B) a person who was discharged or released from active duty because of a service-connected disability.

_____ **VIETNAM ERA VETERAN:** means a veteran, any part of whose active military, naval, or air service, was during the period August 5, 1964 through May 7, 1975 who (1) served on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge, or (2) was discharged or released from active duty because of a service-connected disability. No veteran can be considered to be a veteran of the Vietnam era under this paragraph after Dec. 31, 1994.

*Personal and Confidential*
*This page contains sensitive information, store in secure "EEO" files, separately from personnel records!*

FROM : GCA SBM                    FAX NO. :18159686190          Sep. 21 2005 10:04AM P6

## Acknowledgement of Receipt

I, _James Lamont Leach_, understand that as an employee of GCA Services Group I may be subject to pre-employment drug testing, post-accident drug testing, random drug testing, reasonable cause drug testing, and return-to-duty drug testing as described in Drug Testing Policy. I further understand that all screening tests for drugs will be subject to careful testing procedures.

I understand that if my test indicates a confirmed positive for illegal drugs, I will not be considered for employment, or in the event I am an employee at the time of the test I may be subject to disciplinary action up to and including termination, in accordance with the Drug Testing Policy.

I understand that I may request a copy of any tests taken, as part of the screening tests upon receipt of the results by the Drug Program Manager, from the laboratory.

I understand the results of these tests and other relevant medical information may be used for employment decisions. I hereby authorize the authorized laboratory to release results to the GCA Services Group Drug Program Manager. I further agree to hold GCA, its agents, officers and employees harmless from, and waive all claims existing and future for any, and all liability (including negligence) arising in connection with the testing for drugs and/or alcohol.

This is to be signed immediately prior to hire.

AGREED TO BY: _James Lamont Leach_                          _9-19-05_
　　　　　　　　　Print Name:                                              Date:

　　　　　　　　_James Lamont Leach_
　　　　　　　　　Sign Name:

WITNESS: _Nancy Swanstrom_                                   _9-19-05_
　　　　　　　　Print Name:                                               Date:

REFUSED BY: _____                      _____
　　　　　　　　　Print Name:                                              Date:

　　　　　　　　_____
　　　　　　　　　Sign Name:

WITNESS: _____                         _____
　　　　　　　　Print Name:                                               Date:

REASONS FOR REFUSAL: _____

_____

_____

_____

_____

_____

_____

Revised 7/20/2005 C:\Documents and Settings\dfernandez-mildwill\Local Settings\Temporary Internet Files\OLKFB\Personnel Action Form - Hourly Field Employee (3).doc

# GCA Services Group, Inc.™

#7733

**PERSONNEL ACTION FORM**
**HOURLY FIELD PERSONNEL**

Date: 6/27/06  *Division Name: Education      *Business Unit: 3678  ROCKFORD

| *Name: Leach | James | L | Social Sec #: ▮▮▮ | DOB: ▮▮▮ | *Sex: M |
|---|---|---|---|---|---|
| | Last | First | Middle | | |

Address: ▮▮▮▮▮▮                    Phone #: ▮▮▮▮▮▮

City: ▮▮▮▮▮▮          *State: ▮▮▮    Zip: ▮▮▮

## CHECK ALL THAT APPLY

☐ New Hire    ☐ Re-Hire    ☐ Separation    ☒ Salary Change    ☐ Promotion    ☐ Demotion    ☐ Transfer
☐ Personal Info Change    ☐ LOA    ☐ FMLA    ☐ Bonus Award    ☐ Other: _____

## NEW HIRE / REHIRE

*Hire Date: _____    Employee #: _____    *Position: _____    ☐ Hourly: _____ /hour

*Reporting to (name & title): _____

*Status:  ☐ Full Time    ☐ Part Time    ☐ Temporary    ☐ On Call    *Marital Status: _____

Allowances _____    Additional Federal Tax _____    *Job Category: _____    *Ethnicity: _____

Training Location: _____    Duration: _____    Training Contact: _____

| Source of New Hire: | ☐ Newspaper Advertisement | ☐ Career Fair | ☐ College or University | ☐ Company Website | ☐ Internet Recruiting | ☐ Employee Referral | ☐ Agency |
|---|---|---|---|---|---|---|---|

## SEPARATION / LEAVE OF ABSENCE

*Separation Date: _____    *LOA Date: _____    *Date Return: _____

☐ Resignation    ☐ Termination    ☐ Layoff    *Reason: _____    REC'D JUL 1 2006    Other Payment: ☐ Yes  ☐ No

*Number Vacation Days Due: _____    *Rehire:  ☐ Yes  ☐ No    Severance Payment: ☐ No    Other Amount _____

*If Termination, has HR reviewed documentation:    ☐ Yes    ☐ No

*If Resignation, has employee provided written notice:    ☐ Yes    ☐ No

## SALARY CHANGE / PROMOTION / DEMOTION / BONUS AWARD

*Effective Date: 7/1/06    *Reason for Change: Annual    Other: NA

Date Last Increase: _____    Percentage Last Increase: ___ %    Bonus Award $ _____

Present Salary 9.25    *Increase Amt. .28    Percentage 3 %    *New Salary 9.53

Old Position _____ NA _____    New Position _____ NA _____

## TRANSFER

*Effective Date: _____    *Company Relocation  ☐ Yes    ☐ No

Old Unit: _____    *Old Unit # _____    *New Unit: _____    New Unit #: _____

**PERSONAL INFORMATION CHANGE**

FROM : SOUTHERN BUILDIN      VICE      FAX NO. : 843 556 4101      Apr. 19 2006 10:24AM P2

Revised 7/20/2005 C:\Documents and Settings\dfernandez-michel\Local Settings\Temporary Internet Files\OLKFB\Personnel Action Form - Hourly Field Employees (3).doc

Effective Date: _____  Name Change: _____  Phone #: _____

New Address: _____

## SIGNATURES

| | | | |
|---|---|---|---|
| Assistant Account Manager | | Name: | Date: |
| PISTRICT ~~Account~~ Manager | | Name: *Nathan Hornuk* | Date: 6-27-06 |
| Regional Manager | *Steve Gutzmik* | Name: Steve GITZUK | Date: 6.27-06 |
| Senior Regional Manager: | _____ | Name: | Date: |
| Other Manager / Director | _____ | Name: | Date: |
| HR Manager/Director: | _____ | Name: | Date: |
| Vice President: | _____ | Name: | Date: |
| Division President: | _____ | Name: | Date: |
| Senior Vice President | _____ | Name: | Date: |
| Senior Vice President, HR & Administration | _____ | Name: | Date: |
| CFO / Controller | _____ | Name: | Date: |
| President & CEO: | _____ | Name: | Date: |

Notes:

Revised 1/8/2007 X:\Staffing Documents\Personnel Action Forms\Personnel Action Form - Hourly Field Employees.doc

 **GCA Services Group, Inc.™**

## PERSONNEL ACTION FORM
## HOURLY FIELD PERSONNEL

Date Entered in GCAware: **7/31/06**  Date Entered in JDE: **7/31/06**  Copy to Payroll: **7/31/06**  Copy to Benefits: **7/31/06**

Date: **7/26/06**  *Division Name: **K-12 EDUCATION**  *Business Unit **3678 - ROCKFORD**

|  | Last | First | Middle | | |
|---|---|---|---|---|---|
| *Name: | **LEACH** | **JAMES** | | Social Sec #: ▓▓▓▓ | DOB: ▓▓▓▓  *Sex **M** |

Address: ▓▓▓▓▓▓▓▓▓▓

Phone #: ▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓  *State: ▓▓▓  Zip: ▓▓▓▓

### CHECK ALL THAT APPLY

☐ New Hire    ☐ Re-Hire    ☐ Separation    ☒ Salary Change    ☐ Promotion    ☐ Demotion    ☐ Transfer

☐ Personal Info Change    ☐ LOA    ☐ FMLA    ☐ Bonus Award    ☐ Other: _____

### NEW HIRE / REHIRE

*Hire Date: _____    Employee #: _____    *Position: _____    ☐ Hourly: _____ /hour

*Reporting to (name & title): _____

*Status:  ☐ Full Time    ☐ Part Time    ☐ Temporary    ☐ On Call    *Marital Status: _____

Allowances    Additional Federal Tax _____    *Job Category: _____    *Ethnicity: _____

Training Location: _____    Duration: _____    Training Contact: _____

Source of New Hire    ☐ Newspaper Advertisement    ☐ Career Fair    ☐ College or University    ☐ Company Website    ☐ Internet Recruiting    ☐ Employee Referral    ☐ Agency

### SEPARATION / LEAVE OF ABSENCE

*Separation Date: _____    *LOA Date: _____    *Date Return: _____

☐ Resignation    ☐ Termination    ☐ Layoff    *Reason: _____    Severance Payment:    Other Payment: ☐ Yes  ☐ No

*Number Vacation Days Due: _____    *Rehire:  ☐ Yes  ☐ No    ☐ No    Amount

*If Termination, has HR reviewed documentation:    ☐ Yes    ☐ No    _____

*If Resignation, has employee provided written notice:    ☐ Yes    ☐ No

### SALARY CHANGE / PROMOTION / DEMOTION / BONUS AWARD

*Effective Date: **7/31/06**  *Reason for Change: **PROMOTION**    Other: **NA**

Date Last Increase: **NA**    Percentage Last Increase: **NA %**    Bonus Award  $ **NA**

Present Salary $ **9.53**    *Increase Amt. **$1.04**    Percentage **NA %**    *New Salary **$10.70**

Old Position **DAY PORTER (CUSTODIAN)**    New Position **DAY MECHANIC**

### TRANSFER

*Effective Date: _____    *Company Relocation    ☐ Yes  ☐ No

Old Unit: _____    *Old Unit # _____    *New Unit: _____    New Unit #: _____

### PERSONAL INFORMATION CHANGE

FROM (SOUTHERN, BUILDIN       ICE       FA: O: (845 555 J.O1       Apr. 19 2006 10:24AM P2

Revised 7/20/2006 C:\Documents and Settings\dfernandez-mitchell\Local Settings\Temporary Internet Files\OLKFB\Personnel Action Form - Hourly Field Employees (3).doc

Effective Date: _____  Name Change: _____  Phone #: _____

New Address: _____

## SIGNATURES

| | | Name: | Date: |
|---|---|---|---|
| Assistant Account Manager | | | |
| Account Manager | | Bill Milano | 7-26-06 |
| Regional Manager | | Steve britton | 7-26-06 |
| Senior Regional Manager: | | Name: | Date: |
| Other Manager / Director | | Name: | Date: |
| HR Manager/Director: | | Name: | Date: |
| Vice President: | | Name: | Date: |
| Division President: | | Name: | Date: |
| Senior Vice President | | Name: | Date: |
| Senior Vice President, HR & Administration | | Name: | Date: |
| CFO / Controller | | Name: | Date: |
| President & CEO: | | Name: | Date: |

Notes:

[illegible text]

Revised 1/8/2007 X:\Staffing Documents\Personnel Action Forms\Personnel Action Form - Hourly Field Employees.doc

# GCA Services Group, Inc.™

## PERSONNEL ACTION FORM
## HOURLY FIELD PERSONNEL

Date: 6/21/7    *Division Name: Rockford Education   *Business Unit 3678 ROCKFORD

| | Last | First | Middle | | | | |
|---|---|---|---|---|---|---|---|
| *Name: | Leach | James | L | Social Sec #: ▓▓▓ | DOB: ▓▓▓ | *Sex ▓ | |

Address: ▓▓▓     Phone #: ▓▓▓

City: ▓▓▓     *State: ▓▓▓    Zip: ▓▓▓

### CHECK ALL THAT APPLY

☐ New Hire   ☐ Re-Hire   ☐ Separation   ☐ Salary Change   ☐ Promotion   ☐ Demotion   ☐ Transfer
☐ Personal Info Change   ☐ LOA   ☐ FMLA   ☐ Bonus Award   ☐ Other: _____

### NEW HIRE / REHIRE

*Hire Date: _____   Employee #: _____   *Position: _____   ☐ Hourly: _____ /hour

*Reporting to (name & title): _____

*Status: ☐ Full Time   ☐ Part Time   ☐ Temporary   ☐ On Call   *Marital Status: _____

Allowances _____   Additional Federal Tax _____   *Job Category: _____   *Ethnicity: _____

Training Location: _____   Duration: _____   Training Contact: _____

Source of New Hire: ☐ Newspaper Advertisement   ☐ Career Fair   ☐ College or University   ☐ Company Website   ☐ Internet Recruiting   ☐ Employee Referral   ☐ Agency

### SEPARATION / LEAVE OF ABSENCE

*Separation Date: _____   *LOA Date: _____   *Date Return: _____

☐ Resignation   ☐ Termination   ☐ Layoff   *Reason: _____

*Number Vacation Days Due: _____   *Rehire: ☐ Yes ☐ No   Severance Payment: _____   Other Payment: ☐ Yes ☐ No

*If Termination, has HR reviewed documentation: ☐ Yes ☐ No   Amount _____

*If Resignation, has employee provided written notice: ☐ Yes ☐ No

### SALARY CHANGE / PROMOTION / DEMOTION / BONUS AWARD

*Effective Date: 7/1/07   *Reason for Change: Union Increase   Other: _____

Date Last Increase: _____   Percentage Last Increase: _____ %   Bonus Award $ NA

*Present Salary 10.70   *Increase Amt .27   Percentage 2.5 %   *New Salary 10.97

Old Position NA    New Position NA

### TRANSFER

Effective Date: _____   *Company Relocation ☐ Yes ☐ No

Old Unit _____   *Old Unit # _____   *New Unit _____   New Unit #: _____

### PERSONAL INFORMATION CHANGE

Revised 1/8/2007 X:\Staffing Documents\Personnel Action Forms\Personnel Action Form - Hourly Field Employees.doc

Effective Date: _____ Name Change: _____ Phone #: _____

New Address: _____

## SIGNATURES

| | | | | |
|---|---|---|---|---|
| Assistant Account Manager | _____ | Name: _____ | Date: _____ |
| Account Manager | _____ | Name: _____ | Date: _____ |
| Regional Manager | *Bud Mann* | Name: _____ | Date: 10-19-07 |
| Senior Regional Manager: | *Steve Cofrell* | Name: _____ | Date: 6-19-07 |
| Other Manager / Director | _____ | Name: _____ | Date: _____ |
| HR Manager/Director: | _____ | Name: _____ | Date: _____ |
| Vice President | _____ | Name: _____ | Date: _____ |
| Division President: | _____ | Name: _____ | Date: _____ |
| Senior Vice President | _____ | Name: _____ | Date: _____ |
| Senior Vice President, HR& Administration | _____ | Name: _____ | Date: _____ |
| CFO / Controller | _____ | Name: _____ | Date: _____ |
| President & CEO: | _____ | Name: _____ | Date: _____ |

Notes:

Wage and Salary Adjustments must be accompanied by two (2) signatures.  These signatures must be obtained from management personnel, whose positions are classified two (2) levels above the affected employee's position.

New hire notifications for Hourly Field Personnel must also be accompanied by one (1) signature. This signature must be obtained from a management personnel, whose position is classified at least one level above the position of the new hire.

After all signatures have been obtained, this form must then be submitted to the payroll department for processing.

The original copy of this document is to be filed in the employee's personnel file.

Revised 1/8/2007 X:\Staffing Documents\Personnel Action F...s\Personnel Action Form - Hourly Field Employees.doc



**GCA Services Group, Inc.™**

### PERSONNEL ACTION FORM
### HOURLY FIELD PERSONNEL

Date Entered In GCAware: _____   Date Entered in JDE: _____   Copy to Payroll: _____   Copy to Benefits: _____

Date: *6/28/07*   *Division Name: *K-12 EDUCATION*   *Business Unit: *3678-ROCKFORD*

|  | Last | First | Middle | | | | |
|---|---|---|---|---|---|---|---|
| *Name: | *LEACH* | *JAMES* | | Social Sec #: ▓▓▓▓ | DOB: ▓▓▓▓ | *Sex: *M* |

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Phone #: ▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓   *State: ▓▓▓▓   Zip: ▓▓▓▓▓

---

**CHECK ALL THAT APPLY**

☐ New Hire   ☐ Re-Hire   ☐ Separation   ☐ Salary Change   ☐ Promotion   ☐ Demotion   ☐ Transfer
☐ Personal Info Change   ☒ LOA   ☐ FMLA   ☐ Bonus Award   ☐ Other: _____

---

**NEW HIRE / REHIRE**

*Hire Date: _____   Employee #: _____   *Position: _____   ☐ Hourly: _____ /hour

*Reporting to (name & title): _____

*Status:   ☐ Full Time   ☐ Part Time   ☐ Temporary   ☐ On Call   *Marital Status: _____

Allowances _____   Additional Federal Tax _____   *Job Category: _____   *Ethnicity: _____

Training Location: _____   Duration: _____   Training Contact: _____

Source of New Hire:   ☐ Newspaper Advertisement   ☐ Career Fair   ☐ College or University   ☐ Company Website   ☐ Internet Recruiting   ☐ Employee Referral   ☐ Agency

---

**SEPARATION / LEAVE OF ABSENCE**

*Separation Date: *7/06/07*   *LOA Date: *START - 7/06/07*   *Date Return: *30 DAYS BY UNION CONTRACT*

☐ Resignation   ☐ Termination   ☐ Layoff   *Reason: *PERSONAL REASONS*

*Number Vacation Days Due: *0*   *Rehire: ☒ Yes ☐ No   Severance Payment: *NA*   Other Payment: ☐ Yes ☒ No

*If Termination, has HR reviewed documentation:   ☐ Yes   ☐ No   Amount

*If Resignation, has employee provided written notice:   ☐ Yes   ☐ No   *NA*

---

**SALARY CHANGE / PROMOTION / DEMOTION / BONUS AWARD**

*Effective Date: *7/6/07*   *Reason for Change: *7/06/07 PERSONAL REASONS*   Other: _____

Date Last Increase: _____   Percentage Last Increase: _____ %   Bonus Award   $ _____

Present Salary _____   *Increase Amt. _____   Percentage _____ %   *New Salary _____

Old Position _____   New Position _____

---

**TRANSFER**

*Effective Date: _____   *Company Relocation   ☐ Yes   ☐ No

Old Unit: _____   *Old Unit # _____   *New Unit: _____   New Unit #: _____

**PERSONAL INFORMATION CHANGE**

Revised 1/8/2007 X:\Staffing Documents\Personnel Action Forms\Personnel Action Form - Hourly Field Employees.doc

Effective Date: _____     Name Change: _____     Phone #: _____

New Address: _____

## SIGNATURES

| | Name: | Date: |
|---|---|---|
| Assistant Account Manager | | |
| Account Manager | | 2-9-07 |
| Regional Manager | | 7-9-0 |
| Senior Regional Manager | | |
| Other Manager / Director | | |
| HR Manager/Director | | |
| Vice President | | |
| Division President | | |
| Senior Vice President | | |
| Senior Vice President, HR & Administration | | |
| CFO / Controller | | |
| President & CEO | | |

Notes:

Wage and Salary Adjustments must be accompanied by two (2) signatures. These signatures must be obtained from management personnel, whose positions are classified two (2) levels above the affected employee's position.

New hire notifications for Hourly Field Personnel must also be accompanied by one (1) signature. This signature must be obtained from a management personnel, whose position is classified at least one level above the position of the new hire.

After all signatures have been obtained, this form must then be submitted to the payroll department for processing.

The original copy of this document is to be filed in the employee's personnel file.



**GCA Services Group™**

Mr. Leach stated that he had a family emergency and had to leave. We were trying to work with him at the time of his leave. At no point in time and during the conversations about his leave of absence did he make mention of his desire to move into a management position.

## GCA Services Group Advancement and Promotion Policy – Employee Handbook.

GCA's goal is to promote employees from within the current workforce whenever possible. Once a vacancy is established, you may be considered for promotion provided you are qualified for such advancement

In making advancement to a new position, the demonstrated ability and overall qualifications of the applicant will be considered. The final decision on an applicant will be based upon the overall qualification of the applicant and the recommendation of the applicant's department manager.

In certain situations, an opening will occur that requires specialized skills and/or talents that do not currently exist within the company. In such cases, the company will utilize someone from outside the present work force.

## GCA Services Group Position

With respect to the charges filed with the EEOC – GCA Services Group feels strongly that the charges are not valid and has demonstrated and portrayed the facts related to the charge in this response.

Mr. Leach was promoted on 7/31/06 from a Custodian to a Day Mechanic based on GCA Services Group promotion/advancement policies. He had the opportunity to advance further – as does any GCA Services Group employee - but his performance did not warrant further advancement. He did not express any interest in a management position as stated in the above statements.

Any questions or additional information needed – Please call me.

*C. T. Simons*

Chuck Simons
Senior Regional Operations/Labor Manager
Midwest Division
GCA Services Group
Office – 630-629-4044
Cell - 630-461-5989
E-Mail – csimons@gcaservices.com

