UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

James L Leach
                                Plaintiff,

v.                                                                   Case No.: 3:08−cv−50011
                                                                    Honorable Frederick J. Kapala

SBM Maintenance Contractor Inc
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney:Status hearing held on 5/7/2008. Time to effect service under Rule 4 extended to 7/30/08. Plaintiff given to 6/11/08 to retain counsel. Status hearing set for 6/11/2008 at 01:30 PM. Plaintiff or retained counsel must appear or case may be dismissed for want of prosecution. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.