James L Leach
April 29, 2008
James L Leach vs. SBM

To Whom It May Concern:

I, James L Leach, would like you to look further into the matter at hand solely because the statements (which will be presented) made by SBM are false as well as doctored.

The only reason SBM has a conflict of interest or/are disputing my claim are because of a previous (06-22-07) claim I filed against them.

For all reasons stated herein; I, James L Leach, humbly ask the judge to please give this case a further in-depth review.

Sincerely,

James L. Leach

*James Leach*

FILED
MAY 07 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court