# O'Malley & Madden, P.C.

542 S. Dearborn Street  Suite 660  Chicago  Illinois 60605
Phone 312.697.1382  Facsimile 312.697.1384          *Attorneys & Counselors at Law*



May 1, 2008

Mr. James Leach
2507 Anderson Street
Rockford, Illinois 61101

Via U.S. Mail

    Re:    *GCA Services*
            *SBM Maintenance Contractor, Inc.*

Dear Mr. Leach:

    I want to thank you for giving O'Malley & Madden, P.C. the opportunity to discuss your employment issue with you. Based on your phone conversations with our offices, however, we cannot assist you.

    Please keep in mind that currently we do not represent you in your claims and that attorney/client representation cannot be created with our office in the absence of a signed agreement. Limitations periods and deadlines exist for all legal claims and you should act without delay if you believe you want to proceed with legal action.

    We wish you the best of luck in the future.

                                        Sincerely,
                                          O'Malley & Madden, P.C.

                                          John P. Madden

JPM/jbs