C # 08C 50011

6-10-08

To whom it may concern "Judge"

I James Leach is giving more evidence and true facts from two people that states what is true toward my case.

truely yours
Mr. James Leach

**FILED**

JUN 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it may concern, I, Yonette Avery, with Ms. Jessie Brown as my witness, was approached by (The supervisor position was not posted in any of the 54 buildings in RKFD DIST. 205) Mr. Bill Milanos once in August of 2007 about a possible opening supervisor position, which at that time it was a case of if I was interested, if it became available. I then asked Mr. Milanos what would be the requirements and or responsibilities for the position. He explained to me that the applicant would have to be attentive, knowledgeable about GCA, attendance and good listening and communication skills and be trained on pool mechanic responsibilities, before being considered for the position. I then asked Mr. Milanos, did all of these requirements requested expected of the other supervisor (s) before hiring them, especially being a pool mechanic. He said to me no. Then why do I have to become a pool mechanic before I get the supervisor position and that it was not fair that I had to be a pool mechanic before I was selected for the position and no one else did, in my past experience of being hired for jobs, you receive on the job training for the position (s). Then thought about it for a few moments and said that I'd need to think about it and get back with him. He also said that I'd need to send in a resume, just like everyone else and interview will be scheduled. Which I did and did not receive a response until the next meeting introducing our new supervisor, who was not a pool mechanic before he became a supervisor and other GCA employees who are assistant managers now. It appeared to me by asking that one question about being a pool mechanic took away my chances and the fact that what's good for one should be good for all, did not set well with Mr. Milanos.

If there are any questions please contact me,
Ms. Yonette Avery @ 815-378-5111 or
Ms. Brown @ 815-323-8021 or 815-961-1928

P.S. The supervisor position was not offered to me, it was discussed with me. No one came to me and said I have a position available, do you want it? Now that's an offer, it was asked if I was interested in becoming a supervisor. I do not remember him discussing the position with me in 2006.

I Dorothy Waller worked with James at Auburn high School from November of 06 to August of 07. And during that time he would always talk to me about what needed to be done on the night shift. And if we did not speak with each other he would take time to leave me notes about what was going on. James was a hard worker and a good person to work with. And I have never had a misunderstanding with Mr Leach.

Sincerely

Dorothy Waller

6/6/08